IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNIVERSITY OF WISCONSIN
HOSPITAL AND CLINICS AUTHORITY,

    Plaintiffs,

v.

SOUTHWEST CATHOLIC HEALTH
NETWORK CORPORATION,
MYR GROUP WELFARE PLAN, and
PROFESSIONAL BENEFIT
ADMINISTRATORS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-780-jdp

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants MYR Group Welfare Plan, and Professional Benefit Administrators dismissing this case with prejudice.

    s/ N. Nelson, Deputy Clerk                       February 12, 2015
    Peter Oppeneer, Clerk of Court                            Date